# EXHIBIT 3P

Titusville Floriida July 22 2014

Dear HONORABLE JUDGE TRENGA

My name is Moshe Friedler and I'm writing this letter on behalf of my only son Ariel....

Ariel is a very sensitive, moral, and lovable son and person in general.

As a Cantor for all my life in different Synagogues in the USA, I guided him to walk life on the ways of the Jewish Law and in the principle of the golden rule....Taken from the book of Leviticus.....

Since he was a young boy he went with me and my wife to the Synagogue for prayers during Friday evening and Saturday mornings and also for The Jewish Festivals and during the High Hollidays...

Since childhood all the Congregants admired his singing voice and we kept singing together hour after hour....

He still goes to the Synagogue every Saturday for services....Ariel calls me every day to say Hi DAD..I LOVE YOU.......daily short conversations from the heart....

Please JUDGE TRENGA with tears in my eyes I'm writing to you this letter as a father to have my son Ariel sentence not with Jail time but with probation time to be able to continue with his new Family life together with his young wife Alli .

HAZZAN MOSHE FRIEDLER

Exhibit 3P