# EXHIBIT 3Q

Meirav Abramovitz
[redacted]
Merion Station, PA 19066
[redacted]

The Honorable Anthony J. Trenga
United States District Judge
United States District Court for the
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 2231

July 9, 2014

Dear Judge Trenga:

I am writing this letter on behalf of Ariel Friedler, who I understand will soon be coming before your court. I first met Ariel while I was employed in the financial services industry. I was unhappy with the values of some of the people I worked with and wanted to make a change. Even in my first conversation with Ariel, I knew that he was passionate about his company, his employees and his work. I also could tell that making money was a secondary consideration for Ariel. Ariel's contagious passion led me to accept a job working directly with him on expanding products into the employer space. In the 6 years or so that I have now known Ariel, I never questioned his character. Even in knowing the crimes to which he pleaded guilty, I truly believe that the motivation was his passion and his sensitivity about how anyone could think that the company to which he had devoted himself was second best. I do not believe he intended to hurt the competition.

After Ariel became aware of the investigation, he assigned me to a compliance role within the firm, and in the two years since I have assumed that role, he has deferred to me on decisions, expenses, and upgrades and has upheld his personal and company commitment to an ethical structure and unquestionable business practices.

I have witnessed Ariel's unwavering loyalty to his family, his friends, and his employees. Even in times when that loyalty is no longer warranted, he errs on the side of sticking with people and giving them the benefit of the doubt. My primary role at Symplicity was and remains as the head of the Human Resources unit and through that role I was in daily contact with Ariel. Whether the issue was compensation, employee relations, or another human resources topic, Ariel displayed respect for employees as individuals and personally valued the effort they put forth to further his life's work. He tasked me with ensuring compensation was fair and was always open to hearing others' arguments if they disagreed with their pay. He struggled with decisions to cut ties with employees whose production was not up to par, preferring to provide opportunity after opportunity for improvement. On numerous occasions I had to put a potential termination in terms of "it's not fair to the employee to keep him/her in a position where s/he is unable to succeed and grow" for him to be at peace with the decision.

I have been around some bad characters in my professional life. Working in financial services, I was struck by the amount of compliance that there was and yet how it still felt like there was an air of shadiness and misconduct. I left my firm when I no longer felt as if the person I strove to be corresponded with the firm's identity. I will reiterate here that even once the investigation was launched into Ariel's activities, I never questioned his character makeup nor wanted to leave Symplicity. He is a good man who made a bad decision, rooted in hubris and bad judgment. I have seen the regret that haunts him for that decision, have heard the heartfelt personal apology he offered me for it, and truly believe that he understands how wrong it was and why. I have also seen the terrible pain that Ariel suffered from having to separate himself from his life's work. The day that he stepped down as CEO had to be one of the very worst days in his life. But I have also seen Ariel's courage in making that decision so that the 160 people that Symplicity employs can remain secure in their jobs and continue to make a positive difference in the lives of Symplicity's customers.

I respect Ariel greatly for the person that he is and what he has accomplished with his passion and spirit. I wish nothing but success for him.

Sincerely,

Meirav Abramovitz

Exhibit 3Q