**EXHIBIT 3R**

July 13, 2014

Judge Anthony J. Trenga
U.S. District Court
U.S. Courthouse
 Courtroom 701
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Trenga,

I am writing this letter on behalf of Mr. Ariel Friedler in hope that it will assist the Court with the sentencing determination being finalized on August 1, 2014 related to Ariel's guilty plea of conspiracy to access a protected computer without authorization.

Please allow me to introduce myself.  I am Dr. Deborah Sullivan and I serve as the Manager for Client Services, overseeing client services for all of our higher education products at Symplicity.  I have been with Symplicity for 4 ½ years and have known Ariel in a professional capacity as my direct supervisor throughout that time.  Prior to joining Symplicity, I worked within higher education for 20 years with the last 10 of those years at Arizona State University (ASU).  ASU was, and still is, a client of Symplicity's, which is how I knew of the company and its work.

Reporting directly to Ariel for the last several years, I worked closely with him related to everything from addressing upset clients to determining appropriate features for the next system update.  When I began my employment with Symplicity, I began in the role of a Client Relationship Specialist (CRS) with our Advocate product.  Advocate is sold to schools in order to provide software that allows the school to track, monitor, and adjudicate conduct issues.  I began with that product at Symplicity because my background in higher education focused on my having oversight of this functional area at ASU as well as the previous university where I worked prior to Arizona State.  In addition, while at ASU, I co-chaired our behavioral intervention committee which addressed students of concern.  I am providing that information to you as I believe that it is pertinent to many of the features that were researched, developed, and added to Advocate over the last 4 years.  Symplicity's Advocate system has grown and evolved over the last 4 years based on my work at Arizona State along with the feedback of other support staff that work on this product (all of whom come from similar higher education backgrounds) as well as from feedback from Symplicity Advocate clients.  A specific example of this is the development of Symplicity's CARE module for Advocate.  CARE is designed specifically to help schools address students of concern.  CARE did not exist prior to my joining Symplicity.  Once I had joined the company, I talked with Ariel about the need for a module to handle this segment of students on any given campus and over several months with feedback from many others, CARE was successfully developed and offered to our clients.  While I am well aware of the charges to which Ariel has accepted responsibility and pled guilty, I can honestly say that I

1

Exhibit 3R

have absolutely no knowledge of any system features being modified or developed based on any other competitor's features. Symplicity's development of new features came from, and still comes from, feedback from clients on what they like/do not like and from the support team at Symplicity, all of whom come from higher education as mentioned.

When I learned that both Ariel and Symplicity's CTO were accepting responsibility for the allegations brought forward that prompted the initial investigation over two years ago, I was totally dumbfounded. Ariel's decision and subsequent actions were so totally out of character to the man that I knew and worked with for the last 4 years that it has taken me some time to process everything and to come to terms with what transpired. Ariel has always treated me as a professional and has treated me with the utmost respect and professionalism. I have gone through a true grieving process dealing with emotions ranging from disbelief at first, to anger, to acceptance. As part of this process, I believe that Ariel's apology to me which he has done both via phone and in person is truly sincere. I also believe that he has come to realize the gravity of his choices and that he has paid a hefty price for those ill conceived choices.

As I am sure you are aware, Ariel began Symplicity Corporation while still in college and over the years he built Symplicity into the successful company that it is today. Symplicity employs over 150 employees and provides much needed services to campuses across the United States and throughout the world. Ariel is truly a visionary and exemplifies the meaning of an entrepreneur. In my over 35 years of working, I have never met someone with as much passion and vision as what Ariel has for what he created. It has been an honor to know and work with him.

I cannot imagine how difficult it must have been for a man such as Ariel to walk away from the company that he built from nothing, while still in college. Symplicity was his life blood and it was evident to all who knew him. While certainly not condoning in any way the poor choices that he made which has led him to your courtroom, I do believe that it was his passion for his work along with a large dose of youthful arrogance which led him to make such inappropriate choices.

I am a believer in natural and logical consequences for inappropriate (and illegal) behavior. Ariel has experienced many of those logical and natural consequences from losing his company which he founded, being forced to pay restitution to those directly harmed, and living with the awareness of his actions on so many around him from family to friends to those working at Symplicity. I have no doubt that these consequences have weighed very heavily on him. As the judge adjudicating this case, you have great leeway at your disposal in sentencing determinations and while jail or prison time is clearly a natural and logical consequence for many illegal behaviors, I personally do not believe that jail or prison time serves a greater good in this situation.

Ariel is much more than the series of choices he made which lands him where he is today. I respectfully ask the court to remain cognizant of the totality of the man, all that he has accomplished already in his life from the founding of Symplicity to the family that he cares for, to the people's lives that he has positively impacted through his faith, work, and friendships. Ariel is a caring and giving man whose compassion goes beyond the work environment. ██████████████████████████████████████████████████████████████████ ██████. Upon learning of this, Ariel went to his Synagogue and asked for prayers for my husband and our family. Those types of positive attributes tempered with the consequences already paid must surely weigh into the sentencing decision before the court. I truly appreciate your taking the time to read and consider my letter in your sentencing decision.

Sincerely,

*[signature]*

Deborah Sullivan, Ph.D.