# EXHIBIT 3S

Svemir Brkic

Leesburg, VA 20176

July 12, 2014

The Honorable Anthony J. Trenga
United States District Judge
United States District Court for
the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Trenga,

I am writing on behalf of Ariel Friedler, in hope to assist the Court by providing information that may help in determining the most appropriate and fair sentence for him.

My name is Svemir Brkic, a father of three and a software engineer. I was born in Bosnia, and I had to escape from the war. I am very grateful for being able to raise my family in this country, and that would maybe not even be possible without Ariel and the company he founded.

I first met Ariel 12 years ago, at my job interview. He was always very considerate of others, even to the point of calling me back right after we finished our first phone call after the interview, just to make sure I did not feel bad about something he said about my salary. I was actually feeling pretty good about it, but Ariel wanted to make sure I did not get a feeling he is only considering me from the perspective of money and labor. After all these years, I never got that feeling from him.

I understand that Ariel pleaded guilty to a serious crime, but whatever happened in relation to that incident is not representative of Ariel in my experience. He was micro-managing in the early years, but things were constantly improving and he started focusing on the bigger picture and let professionals worry about technical details. Our products were always breaking new grounds and steadily improving. The drivers for changes were feedback from our own customers and our own growth as developers and designers.

Thank you for considering my input. Sincerely,

Svemir Brkic

Exhibit 3S