# EXHIBIT 3T

Michael Cohen

Alexandria, VA 22305

The Honorable Judge Anthony Trenga
Albert V. Bryan U.S. Courthouse
401 Courthouse Square, 7th Floor
Alexandria, VA 22314

July 24, 2014

Dear Judge Trenga:

I have known Ariel Friedler for five years both professionally and personally. I first met Ariel in 2009 when he was selling a service to the office I was working in at the time. From the first interaction, I immediately recognized Ariel as a smart, passionate and hard working individual. He innovated the best product of its type I had seen in the market and I have enjoyed immensely watching it grow in the marketplace.

Ariel explained to me that he built the product because he believed he could help elected officials communicate more effectively with their constituents. I was taken back by his value-based (not financial) argument for making this product his 'most shining achievement'. Over the years, I continued to see hard evidence that this was truly his intention. In late 2010, I went to work for Ariel because I was excited about the innovative products his company was producing and believed he would be a great boss.

In the five years I have known Ariel, I have admired his character and success and considered him a mentor. He provided me many opportunities to grow and learn the industry, while also teaching me the importance of learning from any mistakes. I was always encouraged to present new, unique, and insightful ways to improve the product and was given the opportunity to implement them.

I have been acutely aware of the changes in Ariel's personality over the past two years during the investigation. His personal and professional life was brought to the forefront, many times in an inaccurate context, by forces outside of his control. He became a much more private and somber individual as a result. I truly miss the energetic entrepreneurial spirit that was at the core of his character.

As a direct result of the investigation, I am also familiar with the charges to which Ariel has pleaded guilty. I was personally in a state of shock when I found out. I was saddened and disappointed.

He worked harder than anyone I have ever known and I believe as a result, he lost the context in one particular situation that was needed to make the right and lawful decision. My disappointment is accentuated due to the fact that I have seen him instinctually make the right decision in so many other similar scenarios. Put simply, his actions in relation to these charges are not representative whatsoever of the man I have shared a close bond with since 2009.

Since I was a young child, I have always personally been driven by an innate since of right and wrong and the desire to see justice brought where appropriate. That fact may seem hard to reconcile with the strong desire I had to write on Ariel's behalf to the court. The fact is that I absolutely would not have invested the trust and energy in building my relationship with Ariel if I did not believe he was an honest and lawful individual.

On the basis of my experiences with Ariel, along with the understanding of the substantial impact on his professional and personal life that he has had to endure when coming to terms with his actions over the past two years, I ask the court to afford Ariel leniency in his sentencing to the extent appropriate.

Sincerely,

DocuSigned by:
M.E.C
7D4F00E751934AA...

Michael Cohen