

FILED
IN OPEN COURT

AUG - 8 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIEL MANUEL FRIEDLER,<br>    Defendant | Criminal No. 1:14-cr-181-AJT |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is sentenced to pay restitution in the amount of **$274,197.60**.

2. The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

3. The victims' names and addresses, and each victim's loss amount for purposes of this Restitution Order, is listed in Attachment A to this Restitution Order.

4. Interest accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order, including the directive to make periodic payments, restitution is due and payable in full immediately, and the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

8. Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

9. No delinquent or default penalties will be imposed except upon Order of the Court.

10. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

_____
Anthony J. Trenga
United States District Judge
Honorable Anthony J. Trenga
United States District Judge

ENTERED this 8th day of August 2014, at Alexandria, Virginia

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| Dana J. Boente<br>United States Attorney | Ariel Manuel Friedler<br>Defendant |
| Alexander T.H. Nguyen<br>Assistant United States Attorney<br>United States Attorney's Office<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Telephone -703-299-3700<br>Facsimile -703-299-3981<br>E-Mail – alexander.nguyen@usdoj.gov | David W. O'Brien<br>Counsel for Defendant<br>Crowell & Moring<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Telephone - 202-624-2850<br>Facsimile - 202-628-5116<br>E-Mail – dobrien@crowell.com |
| Peter V. Roman<br>Trial Attorney, CCIPS<br>U.S. Department of Justice | Kenneth L. Wainstein<br>Adam S. Lurie<br>Counsel for Defendant<br>Cadwalader, Wickersham & Taft LLP<br>700 Sixth Street, N.W.<br>Washington, DC 20001<br>Telephone – 202-862-2474<br>Facsimile - 202-862-2400<br>E-Mail – ken.wainstein@cwt.com |

_____
Ariel Manuel Friedler
Defendant

2

## REDACTED ATTACHMENT A TO RESTITUTION ORDER

Maxient LLC $217,097.60
102 Sunset Ave.
Charlottesville, VA 22903

Pave Systems $57,100.00
800 E. Campbell Road, Ste. 250
Richardson, TX 75081